UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DRILON HAXHAJ,<br><br>                    Defendant. | 21 Cr. 17-7 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Ms. Richman's letter dated October 19, 2021, requesting that she be relieved as counsel to Mr. Haxhaj and that CJA counsel be appointed to represent Mr. Haxhaj. (Dkt. #64). Accordingly, the parties are hereby ORDERED to appear for a conference regarding the motion on November 4, 2021, at 2:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  October 26, 2021
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge