# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

November 9, 2022

Hon. Katherine Polk Failla  
United States District Court Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007



Re:  United States v. Haxhaj, et al.  
21 Cr. 017 (KPF)

Dear Judge Failla:

    I am the assigned CJA counsel for defendant **Drilon Haxhaj** in the above-referenced matter.

    On January 4, 2022, Your Honor granted my request to appoint Clara S. Kalhous as associate counsel to assist in Mr. Haxhaj's defense for an initial 75 hours at $110 per hour. See Docket No. 81. The Court granted leave to request additional funding should the need arise. *Id.*

    Due to Mr. Haxhaj's incarceration in the Westchester County Jail and the significant number of client meetings that were undertaken in connection with the representation, as well as the numerous communications with Mr. Haxhaj's family before sentencing, Ms. Kalhous exceeded the number of hours for which her services were approved, expending a total of 86.4 hours on Mr. Haxhaj's case.

    Because Ms. Kalhous' work on Mr. Haxhaj's case was performed at my direction and request with regard only for the needs of the client and his family, I respectfully ask the Court to approve these additional 11.4 hours *nunc pro tunc* to permit Ms. Kalhous to be compensated in full for her services.

    Thank you for your consideration and courtesies to counsel.

                                      Respectfully,
                                        ____/s/_____
                                        Richard H. Rosenberg

```
Application GRANTED.  The Court hereby approves the additional
11.4 hours Ms. Kalhous worked as associate counsel at a rate of
$110.00 per hour.

The Clerk of Court is directed to terminate the pending motion at
docket number 135.

Dated:    November 9, 2022            SO ORDERED.
          New York, New York
```

                                                          *[signature]*

```
                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```